**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 18-16416 |
| Excell Brown, Jr.; | CHAPTER 13 |
| Debtor(s). | JUDGE Jacqueline P. Cox |

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that on September 23, 2019 at 9:00 am, or soon thereafter as counsel may be heard, I shall appear before the Honorable Jacqueline P. Cox or any judge sitting in his/her stead, in the courtroom usually occupied by him/her in Room 680 at 219 South Dearborn Street, Chicago, IL 60604, and move to present the attached motion.

      /s/ Nisha B. Parikh
      Attorney for Creditor

**NOTE: This law firm is deemed to be a debt collector.**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2019 a true and correct copy of the foregoing NOTICE OF MOTION was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    David M Siegel, Debtor's Counsel
    Tom Vaughn, Trustee
    Patrick S Layng, U.S. Trustee

And by regular US Mail, postage pre-paid on:

    Excell Brown, Jr., 7518 S. Ridgeland, Chicago, IL 60649
    Marva Brown-Jackson, 7606 S Paxton Ave, Chicago, IL 60649
    William Jackson, 7518 South Ridgeland Avenue, Chicago, Illinois 60649

      /s/ Veronica Gerardo

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 18-16416 |
| Excell Brown, Jr.; | CHAPTER 13 |
| Debtor(s). | JUDGE Jacqueline P. Cox |

**MOTION FOR AMENDED AGREED ORDER**

Now comes Specialized Loan Servicing, LLC, secured creditor herein, by and through its attorneys, ANSELMO LINDBERG & ASSOCIATES LLC, and moves to amend the Agreed Order Conditioning the Stay & Co-Debtor Stay entered August 14, 2019 as docket #49, and in support thereof respectfully states as follows

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

4. The debtor filed a petition for relief under Chapter 13 on June 8, 2018. The Chapter 13 Plan was confirmed on October 22, 2018.

5. Specialized Loan Servicing, LLC holds a mortgage secured by a lien on debtor's real estate commonly known as 7518 South Ridgeland Avenue, Chicago, Illinois 60649.

6. That on June 25, 2019, Movant filed a Motion for Relief from the Automatic Stay and Relief from the Co-debtor Stay or, in the Alternative, to Dismiss the Case, alleging a post-petition default in monthly payments.

7. On August 13, 2018, an Agreed Order Conditioning the Automatic Stay and Co-debtor Stay was signed by this Honorable Court and entered as Docket #49.

8. Due to an oversight, the Order incorrectly listed when stipulated payments were to begin.

**WHEREFORE,** Movant prays for this Court to replace the Agreed Order entered on August 14, 2019 as Docket #49 with the attached proposed Agreed Order.

Specialized Loan Servicing, LLC

/s/ Nisha B. Parikh

Anselmo Lindberg & Associates
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
bankruptcy@AnselmoLindberg.com
Firm File Number: B19060037

This law firm is deemed to be a debt collector.